Armond M. Jackson, SBN 281547
ajackson@jacksonapc.com
Andrea M. Fernandez-Jackson, SBN 295924
afernandez@jacksonapc.com
Anthony S. Filer, Jr., SBN 337704
afiler@jacksonapc.com
**JACKSON LAW, APC**
2 Venture Parkway, Suite 240
Irvine, California 92618
Phone: (949) 281-6857
Fax: (949) 777-6218

Attorneys for Plaintiff Karla Godinez, individually, and on behalf of all other similarly situated employees

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GODINEZ, as an individual and on behalf of other similarly situated employees,<br><br>Plaintiff,<br>v.<br><br>MERRITT HOSPITALITY, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:   8:20-cv-00941-JWH-KES<br><br>*Assigned for all purposes to the Honorable John W. Holcomb & Magistrate Judge Karen E. Scott*<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       January 19, 2024<br>Time:      9:00 a.m.<br>Place:     Courtroom 9D<br><br>Action Filed:  January 29, 2020<br>(Orange County Superior Court, Case No. 30-2020-01127848-CU-OE-CXC)<br>Trial Date:    None |

1
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** on January 19, 2024 at 9:00 a.m., or as soon thereafter as the matter may be heard at the above titled court, located at 411 West 4th Street, Santa Ana, CA 92701, in Courtroom 9D, the Honorable John W. Holcomb presiding, Plaintiff Karla Godinez will and hereby does move the Court for entry of an order and judgment granting final approval of the class action settlement and all agreed-upon terms therein. This Motion, unopposed by Defendant Merritt Hospitality, LLC, seeks final approval of (1) the Class Action Settlement Agreement; (2) settlement payments to participating Class Members; and (3) and costs/expenses to the settlement administrator Phoenix Class Action Administration Solutions.

This Motion is based upon; (1) this Notice of Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Final Approval of Class Action Settlement; (3) the Declaration of Armond M. Jackson;  (4) Declaration of Claims Administrator; (5) Settlement Agreement; (6) the [Proposed] Order Granting Final Approval of Class Action Settlement; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: December 22, 2023					**JACKSON LAW, APC**

					By:*/s/ Armond M. Jackson*
						Armond M. Jackson
						Attorney for Plaintiff Karla Godinez

2
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT